UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMONA PHELPS, | ) | Case No.  ED CV 12-617 MRW |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The decision of the Administrative Law Judge is AFFIRMED.  Judgment shall be entered in favor of Defendant.

DATE: December 12, 2012

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE